IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GIOVANNI MUCCI : CIVIL ACTION
:
v. :
:
COMMUNITY EDUCATION CENTERS, INC. : NO. 13-5221

O R D E R

AND NOW, this 23rd day of October, 2013, upon consideration of plaintiff's second amended complaint (Document No. 6), it is ORDERED that:

1. The second amended complaint is DISMISSED with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

C. DARNELL JONES, II, J.

